# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Malibu Media, LLC

                      Plaintiff,

v.                                                Case No.: 1:13–cv–00915
                                               Honorable Ronald A. Guzman

John Doe, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 26, 2013:

      MINUTE entry before Honorable Ronald A. Guzman: Notice of motion set for 7/2/2013 is stricken. Motion by Defendant Joshua Lang for extension of time to file answer or otherwise plead [19] is granted to and including 7/24/2013. Motion by Plaintiff for default judgment as to Joshua Lang [17] is denied. Status hearing set for 7/9/2013 is stricken and reset to 7/29/2013 at 09:30 AM. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.